Edwin John Jaufmann, Jr.
edwin.j.jr@jaufmann.us
76233 Amboy Rd Apt B
Twentynine Palms, CA 92234
Telephone: +1 760 992 6893
Plaintiff in Pro Per

Alexander S. Kasendorf Bar No. 213958
Cornelius & Kasendorf, APC
23801 Calabasas Rd., Suite 100
Calabasas, California 91302
kasendorf@thecalaw.com
www.thecalaw.com
Ph: (818) 835-9159

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| EDWIN JOHN JAUFMANN, JR.,<br><br>Plaintiff,<br>vs.<br><br>KAMP-MOR, INC., a stock corporation incorporated under the laws of the State of California; ANTHONY ALBERT MORA, as President of KAMP-MOR, INC., as Stockholder of KAMP-MOR, INC., and as an Individual; STEVEN LEROY SMITH, as Chief Executive Officer of KAMP-MOR, INC., as Stockholder of KAMP-MOR, INC., and as an Individual; JOHN DOE #1, as an Employee of KAMP-MOR, INC. and as an Individual; JOHN DOE #2, as an Employee of KAMP-MOR, INC. and as an Individual; JOHN DOE #3, as an Employee of KAMP-MOR, INC. and as an Individual,<br><br>Defendants. | Case No.: 5:22-CV-01362-JGB-DTBx<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE.**<br><br>District Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Judge David T. Bristow<br>Complaint Filed: August 1, 2022<br>SAC Filed: April 23, 2023 |

TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiff in Pro Per EDWIN JOHN JAUFMANN, JR., and Defendants KAMP-MOR, INC., a stock corporation incorporated under the laws of the State of California; ANTHONY ALBERT MORA, as President of

KAMP-MOR, INC., as Stockholder of KAMP-MOR, INC., and as an Individual; STEVEN LEROY SMITH, as Chief Executive Officer of KAMP-MOR, INC., as Stockholder of KAMP-MOR, INC., and as an Individual, have reached an agreement in principle to resolve all claims between Plaintiff and Defendants pending in this action. Plaintiff and Defendants are in the process of drafting and executing the formal settlement agreement and related dismissal papers. The Parties expect that the final executed Joint Stipulation of Dismissal of all claims will be filed within 30 days.

Respectfully submitted,

Dated: February 21, 2025

By: Edwin John Jaufmann, Jr.
Plaintiff in Pro Per

Dated: February 21, 2025

Cornelius & Kasendorf, APC

Alexander S. Kasendorf

By: Alexander S. Kasendorf
Attorney for the Defendants